PELLEGRINO FONTANO, Respondent, v. BELL THEATRES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and dismiss the complaint.

MANHATTAN FURNITURE & CARPET CO., INC., Appellant, v. COMMERCIAL INVESTMENT TRUST, INCORPORATED, Respondent, and ISIDOR ZELDIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of F. J. KERNER COAL CO., INC., Petitioner, for a Certiorari Order against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SCHERING & GLATZ, INC., Respondent, v. AMERICAN PHARMACEUTICAL COMPANY (INC.) and PHILIP KACHURIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of LEO SIEGEL, Petitioner, Appellant, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and FRANK J. TAYLOR, as Comptroller of the City of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [171 Misc. 348.]

JAMES J. CARROLL, Appellant, v. COMPTON MINES CORPORATION and Others, Defendants, BARNARD TOBIAS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

STOCK CONSTRUCTION CORPORATION, Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Order denying plaintiff's motion to dismiss the ninth partial defense in the defendant's supplemental answer unanimously reversed and the motion granted, and order denying defendant's motion for partial summary judgment unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

GERTRUDE McMAHON, Respondent, v. THE HERMANN STURSBERG REALTY COMPANY, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the authority of Cullings v. Goetz (256 N. Y. 287) and Sterger v. Van Sicklen (132 id. 499). Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

GEORGE ALLISON & COMPANY, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MARY F. BEAVER, Appellant, v. MARFRE HOLDING CORPORATION, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.